Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−12283−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David V. Angelo
14 Venetian Court
Toms River, NJ 08753

Lisa M. Laiacona
14 Venetian Court
Toms River, NJ 08753

Social Security No.:
   xxx−xx−8091                                                xxx−xx−7832

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          4/15/20
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 3, 2020
JAN: mrg

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 20-12283-CMG
David V. Angelo                                                       Chapter 13
Lisa M. Laiacona
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 2           Date Rcvd: Mar 03, 2020
                              Form ID: 132          Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.
```
db/jdb         +David V. Angelo,   Lisa M. Laiacona,   14 Venetian Court,   Toms River, NJ 08753-6252
518728248      +ACAR Leasing LTD,   d/b/a GM Financial Leasing,   PO Box 183853,   Arlington, TX 76096-3853
518707736      +ADS,   PO Box 182789,   Columbus, OH 43218-2789
518707738      +ADS/Comenity/NY&CO,   PO Box 182789,   Columbus, OH 43218-2789
518707743      +AR Resources,   1777 Sentry Parkway West,   Blue Bell, PA 19422-2206
518707740      +American Express,   c/o Anthony J. Migliaccio, Jr. Esq,   500 North Franklin Turnpike,
                 Ramsey, NJ 07446-1177
518707741       American Express,   c/o Anthony J. Migliaccio, Jr. , Esq,   500 North Franklin Turnpike,
                 Marlboro, NJ 07746
518707742      +American Express,   Global Collections & Strategy Legal Grp,   200  Vesey Street,
                 Mail Code 01-43-03,   New York, NY 10285-1000
518745133       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
518707744     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   PO Box 982238,   El Paso, TX 79998)
518721442      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
518707750      +Cavalry SPV, LLC as assignee of Citibank,   c/o Apothaker Scian, PC,   520 Fellowship Road,
                 Suite 3063,   Mount Laurel, NJ 08054-3407
518707755      +Discover,   c/o Pressler, Felt & Warshaw, LLP,   7 Entin Road,   Parsippany, NJ 07054-5020
518707761      +KML Law Group, PC,   216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
518707763      +M&T Bank,   PO. Box 619063,   Dallas, TX 75261-9063
518707764       Macys,   PO Box 6218,   Mason, OH 45040
518707765       Mercantile,   165 Lawrence Bell Drive,   Suite 100,   Buffalo, NY 14221-7900
518707766       Mercantile Adjustment Bureau,   165 Lawrence Bell Dr. Ste 100,   Buffalo, NY 14221-7900
518707771      +Ocean Medical Center,   C/O Commonwealth Financial Systems,   245 Main Street,
                 Dickson City, PA 18519-1641
518707772      +Sears / CBNA,   PO Box 6217,   Sioux Falls, SD 57117-6217
518707773      +Staples-/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
518707779      +TD Bank/Target,   PO. Box 673,   Minneapolis, MN 55440-0673
518707778       Target Card Services,   PO Box 660170,   Dallas, TX 75266-0170
518707780      +The Home Depot/Citibank,   PO Box 6497,   Sioux Falls, SD 57117-6497
518707781      +Universal Card/Citibank,   PO Box 6241,   Sioux Falls, SD 57117-6241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 00:20:14     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 00:20:10     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518731194       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 04 2020 00:19:44
                 Americredit Financial Services, Inc.,   Dba GM Financial,   P.O Box 183853,
                 Arlington, TX 76096
518707739      +E-mail/Text: ally@ebn.phinsolutions.com Mar 04 2020 00:19:13     Ally Smart Lease,
                 PO Box 8138,   Cockeysville, MD 21030-8138
518707748       E-mail/Text: info@phoenixfinancialsvcs.com Mar 04 2020 00:19:11     Baron Emergency Physicians,
                 c/o Phoenix  Financial Services, LLC,   PO Box 361450,   Indianapolis, IN 46236-1450
518707749      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2020 00:23:05     Capital One,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
518707753       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 04 2020 00:19:53     Comenity -Boscov's,
                 c/o Comenity Capital Bank,   PO Box 183003,   Suite 200,   Columbus, OH 43218-3003
518707754      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 04 2020 00:19:53     Comenity Bank/Express,
                 PO Box 182789,   Columbus, OH 43218-2789
518725528       E-mail/Text: mrdiscen@discover.com Mar 04 2020 00:19:17     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
518707757       E-mail/Text: bknotice@ercbpo.com Mar 04 2020 00:20:18     ERC,   PO Box 23870,
                 Jacksonville, FL 32241-3870
518707756      +E-mail/Text: bankruptcy@onlineis.com Mar 04 2020 00:20:49     Edison Imaging Associates,
                 c/o Online Collections,   PO Box 1489,   Winterville, NC 28590-1489
518707760       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 04 2020 00:19:44     GM Financial,
                 PO Box 1617,   #3500,   Minneapolis, MN 55440-1617
518707759      +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:56     Gap Visa/Synchrony Bank,
                 PO Box 965005,   Orlando, FL 32896-5005
518707751      +E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 04 2020 00:23:01     Chase Card,
                 PO Box 15298,   Wilmington, DE 19850
518707762      +E-mail/Text: bncnotices@becket-lee.com Mar 04 2020 00:19:21     Kohl's,   PO Box 3115,
                 Milwaukee, WI 53201-3115
518718206       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 00:22:34     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518707769      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 04 2020 00:20:10     Midland Credit Management, Inc.,
                 PO Box 2121,   Warren, MI 48090-2121
518707770      +E-mail/Text: Bankruptcies@nragroup.com Mar 04 2020 00:21:11     National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Mar 03, 2020
                              Form ID: 132             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518707774        +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:57      SYNCB/JCPenney,    PO Box 965007,
                  Orlando, FL 32896-5007
518707775        +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:56      SYNCB/Old Navy,    PO Box 965005,
                  Orlando, FL 32896-5005
518707776        +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:56      SYNCB/Toysrus,    PO Box 965005,
                  Orlando, FL 32896-5005
518709980        +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:58      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518707777         E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:25      Syncrony Bank/JC Penney,
                  PO Box 960090,   Orlando, FL 32896-0090
518738278        +E-mail/Text: bncmail@w-legal.com Mar 04 2020 00:20:24       TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
518707782         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 04 2020 00:19:54       Victoria's Secret/Comenity,
                  PO Box 659728,   San Antonio, TX 78265-9728
                                                                                               TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518707737*       +ADS,   PO Box 182789,   Columbus, OH 43218-2789
518745134*        American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                  Malvern PA 19355-0701
518707745*       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,   El Paso, TX 79998)
518707746*       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,   El Paso, TX 79998)
518707747*       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,   El Paso, TX 79998)
518707758*        ERC,   PO Box 23870,   Jacksonville, FL 32241-3870
518707752*       ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                 (address filed with court: Chase Card,    PO Box 15298,   Wilmington, DE 19850)
518707767*        Mercantile Adjustment Bureau,    165 Lawrence Bell Dr. Ste 100,   Buffalo, NY 14221-7900
518707768*        Mercantile Adjustment Bureau,    165 Lawrence Bell Dr. Ste 100,   Buffalo, NY 14221-7900
                                                                                      TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eugene D. Roth    on behalf of Debtor David V. Angelo erothesq@gmail.com
          Eugene D. Roth    on behalf of Joint Debtor Lisa M. Laiacona erothesq@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```