UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

 David Angelo & Lisa Laiacona,

 Debtors.

Case No.:        20-12283-CMG

Chapter:              13

Hearing Date:      6/17/2020

Judge:            Gravelle

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☒  Settled                ☐  Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 19)

_____

Date:  6/11/2020               /s/ Denise Carlon
                               Signature

*rev.8/1/15*