UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 20-12283-CMG

David V. Angelo and Lisa M. Laiacona  Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

  Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    ACAR Leasing Ltd. d/b/a GM Financial Leasing
    PO Box 183853
    Arlington, TX  76096

By  /s/  Lorenzo Nunez

    Lorenzo Nunez
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 20-12283-CMG

David V. Angelo and Lisa M. Laiacona  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 9, 2020 :

| | |
|---|---|
| Eugene D. Roth<br>Law Office of Eugene D. Roth<br>Valley Pk. East<br>2520 Hwy 35, Suite 307<br>Manasquan, NJ 08736 | Albert Russo<br>CN 4853<br>Trenton, NJ 08650 |

By  /s/ Lorenzo Nunez_____
    Lorenzo Nunez

xxxxx21783 / 1012636