| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 20-12283 / CMG

David V. Angelo
Lisa M. Laiacona

Petition Filed Date: 02/11/2020
341 Hearing Date: 03/12/2020
Confirmation Date: 09/16/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/05/2020 | $1,772.00 | 66184280 | 03/31/2020 | $1,772.00 | 66757440 | 05/04/2020 | $1,772.00 | 67648670 |
| 06/01/2020 | $1,772.00 | 68296700 | 07/02/2020 | $1,772.00 | 69141820 | 08/05/2020 | $1,772.00 | 69923560 |
| 09/08/2020 | $1,772.00 | 70693630 | 10/05/2020 | $3,070.00 | 71405380 | 11/04/2020 | $3,070.00 | 72121320 |
| 12/04/2020 | $3,070.00 | 72868450 | 01/06/2021 | $3,070.00 | 73624380 | 02/08/2021 | $3,070.00 | 74395710 |

**Total Receipts for the Period: $27,754.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $27,754.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | David V. Angelo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | EUGENE ROTH, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,375.00 | $2,375.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  SHERMAN ORIGINATOR | Unsecured Creditors | $1,390.75 | $0.00 | $1,390.75 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $8,485.50 | $0.00 | $8,485.50 |
| 3 | DISCOVER BANK | Unsecured Creditors | $19,939.41 | $0.00 | $19,939.41 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $5,834.98 | $0.00 | $5,834.98 |
| 5 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>»»  2016 GMC ACADIA/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | TD BANK USA NA | Unsecured Creditors | $2,393.67 | $0.00 | $2,393.67 |
| 7 | TD BANK USA NA | Unsecured Creditors | $3,798.20 | $0.00 | $3,798.20 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $12,399.63 | $0.00 | $12,399.63 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $4,680.19 | $0.00 | $4,680.19 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $6,428.82 | $0.00 | $6,428.82 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $11,108.50 | $0.00 | $11,108.50 |
| 12 | AMERICAN EXPRESS | Unsecured Creditors | $9,856.64 | $0.00 | $9,856.64 |
| 13 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $23,811.81 | $0.00 | $23,811.81 |
| 14 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,898.21 | $0.00 | $1,898.21 |
| 15 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $3,316.61 | $0.00 | $3,316.61 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SEARS | Unsecured Creditors | $2,917.52 | $0.00 | $2,917.52 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  OCEAN MED CENTER | Unsecured Creditors | $120.33 | $0.00 | $120.33 |

| | | | | | |
|---|---|---|---|---|---|
| 18 | AMERICREDIT FINANCIAL SERVICES<br>»» 2019 GMC ACADIA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 19 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK | Unsecured Creditors | $6,760.21 | $0.00 | $6,760.21 |
| 20 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK | Unsecured Creditors | $4,563.81 | $0.00 | $4,563.81 |
| 21 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $9,273.76 | $0.00 | $9,273.76 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC | Unsecured Creditors | $1,682.75 | $0.00 | $1,682.75 |
| 23 | MIDLAND CREDIT MANAGEMENT, INC | Unsecured Creditors | $1,174.31 | $0.00 | $1,174.31 |
| 24 | MIDLAND CREDIT MANAGEMENT, INC | Unsecured Creditors | $2,292.42 | $0.00 | $2,292.42 |
| 25 | CAVALRY SPV I, LLC<br>»» JUDGMENT | Unsecured Creditors | $6,263.38 | $0.00 | $6,263.38 |
| 26 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC | Unsecured Creditors | $2,338.61 | $0.00 | $2,338.61 |
| 27 | JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured Creditors | $6,863.88 | $0.00 | $6,863.88 |
| 28 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $1,460.00 | $0.00 | $1,460.00 |
| 29 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $214.91 | $0.00 | $214.91 |
| 30 | ALLY BANK LEASE TRUST<br>»» LEASE ASSUMED /2016 JEEP WRANGLER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 31 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» OLD NAVY CARD | Unsecured Creditors | $1,823.94 | $0.00 | $1,823.94 |
| 32 | CITIBANK, N.A.<br>»» STAPLES PERSONAL CREDIT | Unsecured Creditors | $5,124.61 | $0.00 | $5,124.61 |
| 33 | CITIBANK, N.A. | Unsecured Creditors | $20,304.80 | $0.00 | $20,304.80 |
| 34 | DEPARTMENT STORES NATIONAL BANK/MACYS | Unsecured Creditors | $4,408.18 | $0.00 | $4,408.18 |
| 35 | M&T Bank<br>»» P/14 VENETIAN CT/1ST MTG/ORDER 6/23/20 | Mortgage Arrears | $61,101.31 | $17,486.41 | $43,614.90 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,754.00 | Plan Balance: | $147,360.00 ** |
| Paid to Claims: | $19,861.41 | Current Monthly Payment: | $3,070.00 |
| Paid to Trustee: | $2,127.13 | Arrearages: | $0.00 |
| Funds on Hand: | $5,765.46 | Total Plan Base: | $175,114.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.