| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 20-12283 / CMG**

David V. Angelo
Lisa M. Laiacona

Petition Filed Date: 02/11/2020
341 Hearing Date: 03/12/2020
Confirmation Date: 09/16/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2021 | $3,070.00 | 73624380 | 02/08/2021 | $3,070.00 | 74395710 | 03/08/2021 | $3,070.00 | 75099700 |
| 04/06/2021 | $3,070.00 | 75813970 | 05/06/2021 | $3,070.00 | 76532210 | 06/07/2021 | $3,070.00 | 77253200 |
| 07/06/2021 | $3,070.00 | 77916570 | 08/05/2021 | $3,070.00 | 78623880 | 09/07/2021 | $3,070.00 | 79314940 |
| 10/06/2021 | $3,070.00 | 79993250 | 11/05/2021 | $3,070.00 | 80657550 | 12/08/2021 | $3,070.00 | 81355910 |
| 01/07/2022 | $3,070.00 | 81961830 | | | | | | |

**Total Receipts for the Period: $39,910.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $61,524.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | David V. Angelo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | EUGENE ROTH, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,375.00 | $2,375.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  COMENITY VICTORIA'S SECRET | Unsecured Creditors | $1,390.75 | $0.00 | $1,390.75 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $8,485.50 | $0.00 | $8,485.50 |
| 3 | DISCOVER BANK | Unsecured Creditors | $19,939.41 | $0.00 | $19,939.41 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $5,834.98 | $0.00 | $5,834.98 |
| 5 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>»»  2016 GMC ACADIA | Unsecured Creditors | $479.01 | $0.00 | $479.01 |
| 6 | TD BANK USA NA | Unsecured Creditors | $2,393.67 | $0.00 | $2,393.67 |
| 7 | TD BANK USA NA | Unsecured Creditors | $3,798.20 | $0.00 | $3,798.20 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $12,399.63 | $0.00 | $12,399.63 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $4,680.19 | $0.00 | $4,680.19 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $6,428.82 | $0.00 | $6,428.82 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $11,108.50 | $0.00 | $11,108.50 |
| 12 | AMERICAN EXPRESS | Unsecured Creditors | $9,856.64 | $0.00 | $9,856.64 |
| 13 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $23,811.81 | $0.00 | $23,811.81 |
| 14 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,898.21 | $0.00 | $1,898.21 |
| 15 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $3,316.61 | $0.00 | $3,316.61 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SEARS | Unsecured Creditors | $2,917.52 | $0.00 | $2,917.52 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  OCEAN MED CENTER | Unsecured Creditors | $120.33 | $0.00 | $120.33 |
| 18 | AMERICREDIT FINANCIAL SERVICES<br>»»  2019 GMC ACADIA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 19 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK | Unsecured Creditors | $6,760.21 | $0.00 | $6,760.21 |
| 20 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK | Unsecured Creditors | $4,563.81 | $0.00 | $4,563.81 |
| 21 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $9,273.76 | $0.00 | $9,273.76 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  COMENITY EXPRESS | Unsecured Creditors | $1,682.75 | $0.00 | $1,682.75 |
| 23 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  COMENITY NY & CO | Unsecured Creditors | $1,174.31 | $0.00 | $1,174.31 |
| 24 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY JCP | Unsecured Creditors | $2,292.42 | $0.00 | $2,292.42 |
| 25 | CAVALRY SPV I, LLC<br>»»  CITIBANK JUDGMENT DC-013529-19 | Unsecured Creditors | $6,263.38 | $0.00 | $6,263.38 |
| 26 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»»  COMENITY CAP BANK | Unsecured Creditors | $2,338.61 | $0.00 | $2,338.61 |
| 27 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  SYNCHRONY JCP | Unsecured Creditors | $6,863.88 | $0.00 | $6,863.88 |
| 28 | PENDRICK CAPITAL PARTNERS II, LLC<br>»»  BARRON EMERG PHYS | Unsecured Creditors | $1,460.00 | $0.00 | $1,460.00 |
| 29 | PENDRICK CAPITAL PARTNERS II, LLC<br>»»  BARRON EMERG PHYS | Unsecured Creditors | $214.91 | $0.00 | $214.91 |
| 30 | ALLY BANK LEASE TRUST<br>»»  LEASE ASSUMED /2016 JEEP WRANGLER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 31 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  OLD NAVY CARD | Unsecured Creditors | $1,823.94 | $0.00 | $1,823.94 |
| 32 | CITIBANK, N.A.<br>»»  STAPLES PERSONAL CREDIT | Unsecured Creditors | $5,124.61 | $0.00 | $5,124.61 |
| 33 | CITIBANK, N.A. | Unsecured Creditors | $20,304.80 | $0.00 | $20,304.80 |
| 34 | Department Stores National Bank<br>»»  MACY*S | Unsecured Creditors | $4,408.18 | $0.00 | $4,408.18 |
| 35 | M&T Bank<br>»»  P/14 VENETIAN CT/1ST MTG/ORDER 6/23/20 | Mortgage Arrears | $61,101.31 | $51,627.88 | $9,473.43 |

**Chapter 13 Case No. 20-12283 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $61,524.00 | Plan Balance: | $113,590.00 ** |
| Paid to Claims: | $54,002.88 | Current Monthly Payment: | $3,070.00 |
| Paid to Trustee: | $4,709.00 | Arrearages: | $3,070.00 |
| Funds on Hand: | $2,812.12 | Total Plan Base: | $175,114.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.