| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-12283 / CMG**

David V. Angelo
Lisa M. Laiacona

Petition Filed Date: 02/11/2020
341 Hearing Date: 03/12/2020
Confirmation Date: 09/16/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2022 | $3,070.00 | 81961830 | 02/09/2022 | $3,070.00 | 82661620 | 03/08/2022 | $3,070.00 | 83277760 |
| 04/08/2022 | $3,070.00 | 83941550 | 05/09/2022 | $3,070.00 | 84560940 | 06/10/2022 | $3,070.00 | 85206440 |
| 07/11/2022 | $3,070.00 | 85801910 | 08/08/2022 | $3,070.00 | 86364850 | 09/12/2022 | $3,070.00 | 87020170 |
| 10/11/2022 | $3,070.00 | 87597110 | 11/08/2022 | $3,070.00 | 88162300 | 12/09/2022 | $3,070.00 | 88744660 |
| 01/10/2023 | $3,070.00 | 89316840 | 02/10/2023 | $3,070.00 | 89919550 | 03/09/2023 | $3,070.00 | 90462080 |

**Total Receipts for the Period: $46,050.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $104,504.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David V. Angelo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Eugene Roth, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,375.00 | $2,375.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  COMENITY VICTORIA'S SECRET | Unsecured Creditors | $1,390.75 | $195.82 | $1,194.93 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $8,485.50 | $1,194.73 | $7,290.77 |
| 3 | DISCOVER BANK | Unsecured Creditors | $19,939.41 | $2,807.41 | $17,132.00 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $5,834.98 | $821.54 | $5,013.44 |
| 5 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>»»  2016 GMC ACADIA | Unsecured Creditors | $479.01 | $60.39 | $418.62 |
| 6 | TD BANK USA NA | Unsecured Creditors | $2,393.67 | $337.02 | $2,056.65 |
| 7 | TD BANK USA NA | Unsecured Creditors | $3,798.20 | $534.78 | $3,263.42 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $12,399.63 | $1,745.84 | $10,653.79 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $4,680.19 | $658.96 | $4,021.23 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $6,428.82 | $905.16 | $5,523.66 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $11,108.50 | $1,564.04 | $9,544.46 |
| 12 | AMERICAN EXPRESS | Unsecured Creditors | $9,856.64 | $1,387.79 | $8,468.85 |
| 13 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $23,811.81 | $3,352.63 | $20,459.18 |
| 14 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,898.21 | $267.27 | $1,630.94 |
| 15 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $3,316.61 | $466.97 | $2,849.64 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SEARS | Unsecured Creditors | $2,917.52 | $410.78 | $2,506.74 |

| # | Creditor | Type | Amount | | |
|---|---|---|---:|---:|---:|
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» OCEAN MED CENTER | Unsecured Creditors | $120.33 | $15.17 | $105.16 |
| 18 | AMERICREDIT FINANCIAL SERVICES<br>»» 2019 GMC ACADIA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 19 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK | Unsecured Creditors | $6,760.21 | $951.82 | $5,808.39 |
| 20 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK | Unsecured Creditors | $4,563.81 | $642.58 | $3,921.23 |
| 21 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $9,273.76 | $1,305.72 | $7,968.04 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY EXPRESS | Unsecured Creditors | $1,682.75 | $236.93 | $1,445.82 |
| 23 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY NY & CO | Unsecured Creditors | $1,174.31 | $165.34 | $1,008.97 |
| 24 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY JCP | Unsecured Creditors | $2,292.42 | $322.77 | $1,969.65 |
| 25 | CAVALRY SPV I, LLC<br>»» CITIBANK JUDGMENT DC-013529-19 | Unsecured Creditors | $6,263.38 | $881.87 | $5,381.51 |
| 26 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» COMENITY CAP BANK | Unsecured Creditors | $2,338.61 | $329.27 | $2,009.34 |
| 27 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY JCP | Unsecured Creditors | $6,863.88 | $966.42 | $5,897.46 |
| 28 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $1,460.00 | $205.56 | $1,254.44 |
| 29 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $214.91 | $17.59 | $197.32 |
| 30 | ALLY BANK LEASE TRUST<br>»» LEASE ASSUMED /2016 JEEP WRANGLER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 31 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» OLD NAVY CARD | Unsecured Creditors | $1,823.94 | $256.80 | $1,567.14 |
| 32 | CITIBANK, N.A.<br>»» STAPLES PERSONAL CREDIT | Unsecured Creditors | $5,124.61 | $721.53 | $4,403.08 |
| 33 | CITIBANK, N.A. | Unsecured Creditors | $20,304.80 | $2,858.86 | $17,445.94 |
| 34 | Department Stores National Bank<br>»» MACY*S | Unsecured Creditors | $4,408.18 | $620.66 | $3,787.52 |
| 35 | M&T Bank<br>»» P/14 VENETIAN CT/1ST MTG/ORDER 6/23/20 | Mortgage Arrears | $61,101.31 | $61,101.31 | $0.00 |

**Chapter 13 Case No. 20-12283 / CMG**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $104,504.00 | Plan Balance: | $70,610.00 ** |
| Paid to Claims: | $90,686.33 | Current Monthly Payment: | $3,070.00 |
| Paid to Trustee: | $8,098.28 | Arrearages: | $0.00 |
| Funds on Hand: | $5,719.39 | Total Plan Base: | $175,114.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.