| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 20-12283 / CMG**

David V. Angelo
Lisa M. Laiacona

Petition Filed Date: 02/11/2020
341 Hearing Date: 03/12/2020
Confirmation Date: 09/16/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2023 | $3,070.00 | 89316840 | 02/10/2023 | $3,070.00 | 89919550 | 03/09/2023 | $3,070.00 | 90462080 |
| 04/10/2023 | $3,070.00 | 91002270 | 05/10/2023 | $3,070.00 | 91592010 | 06/09/2023 | $3,070.00 | 92148950 |
| 07/10/2023 | $3,070.00 | 92668920 | 08/14/2023 | $3,070.00 | 93209940 | 09/11/2023 | $3,070.00 | 93735440 |
| 10/10/2023 | $3,070.00 | 94228990 | 11/13/2023 | $3,070.00 | 94763820 | 12/11/2023 | $3,070.00 | 95256210 |
| 01/11/2024 | $3,070.00 | 95767520 | | | | | | |

**Total Receipts for the Period:  $39,910.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $135,204.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David V. Angelo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Eugene Roth, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,375.00 | $2,375.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  COMENITY VICTORIA'S SECRET | Unsecured Creditors | $1,390.75 | $400.19 | $990.56 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $8,485.50 | $2,441.71 | $6,043.79 |
| 3 | DISCOVER BANK | Unsecured Creditors | $19,939.41 | $5,737.58 | $14,201.83 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $5,834.98 | $1,678.99 | $4,155.99 |
| 5 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>»»  2016 GMC ACADIA | Unsecured Creditors | $479.01 | $123.90 | $355.11 |
| 6 | TD BANK USA NA | Unsecured Creditors | $2,393.67 | $688.77 | $1,704.90 |
| 7 | TD BANK USA NA | Unsecured Creditors | $3,798.20 | $1,092.94 | $2,705.26 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $12,399.63 | $3,568.00 | $8,831.63 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $4,680.19 | $1,346.73 | $3,333.46 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $6,428.82 | $1,849.89 | $4,578.93 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $11,108.50 | $3,196.47 | $7,912.03 |
| 12 | AMERICAN EXPRESS | Unsecured Creditors | $9,856.64 | $2,836.25 | $7,020.39 |
| 13 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $23,811.81 | $6,851.86 | $16,959.95 |
| 14 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,898.21 | $546.21 | $1,352.00 |
| 15 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $3,316.61 | $954.36 | $2,362.25 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SEARS | Unsecured Creditors | $2,917.52 | $839.52 | $2,078.00 |

**Chapter 13 Case No. 20-12283 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  OCEAN MED CENTER | Unsecured Creditors | $120.33 | $31.12 | $89.21 |
| 18 | AMERICREDIT FINANCIAL SERVICES<br>»»  2019 GMC ACADIA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 19 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK | Unsecured Creditors | $6,760.21 | $1,945.23 | $4,814.98 |
| 20 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK | Unsecured Creditors | $4,563.81 | $1,313.24 | $3,250.57 |
| 21 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $9,273.76 | $2,668.53 | $6,605.23 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  COMENITY EXPRESS | Unsecured Creditors | $1,682.75 | $484.21 | $1,198.54 |
| 23 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  COMENITY NY & CO | Unsecured Creditors | $1,174.31 | $337.91 | $836.40 |
| 24 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY JCP | Unsecured Creditors | $2,292.42 | $659.64 | $1,632.78 |
| 25 | CAVALRY SPV I, LLC<br>»»  CITIBANK JUDGMENT DC-013529-19 | Unsecured Creditors | $6,263.38 | $1,802.30 | $4,461.08 |
| 26 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»»  COMENITY CAP BANK | Unsecured Creditors | $2,338.61 | $672.94 | $1,665.67 |
| 27 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  SYNCHRONY JCP | Unsecured Creditors | $6,863.88 | $1,975.08 | $4,888.80 |
| 28 | PENDRICK CAPITAL PARTNERS II, LLC<br>»»  BARRON EMERG PHYS | Unsecured Creditors | $1,460.00 | $420.11 | $1,039.89 |
| 29 | PENDRICK CAPITAL PARTNERS II, LLC<br>»»  BARRON EMERG PHYS | Unsecured Creditors | $214.91 | $49.26 | $165.65 |
| 30 | ALLY BANK LEASE TRUST<br>»»  LEASE ASSUMED /2016 JEEP WRANGLER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 31 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  OLD NAVY CARD | Unsecured Creditors | $1,823.94 | $524.84 | $1,299.10 |
| 32 | CITIBANK, N.A.<br>»»  STAPLES PERSONAL CREDIT | Unsecured Creditors | $5,124.61 | $1,474.61 | $3,650.00 |
| 33 | CITIBANK, N.A. | Unsecured Creditors | $20,304.80 | $5,842.72 | $14,462.08 |
| 34 | Department Stores National Bank<br>»»  MACY*S | Unsecured Creditors | $4,408.18 | $1,268.45 | $3,139.73 |
| 35 | M&T Bank<br>»»  P/14 VENETIAN CT/1ST MTG/ORDER 6/23/20 | Mortgage Arrears | $61,101.31 | $61,101.31 | $0.00 |

**Chapter 13 Case No. 20-12283 / CMG**

| | | | |
|---|---|---|---|
| **SUMMARY** | | | |
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | | |
| Total Receipts: | $135,204.00 | Plan Balance: | $39,910.00 ** |
| Paid to Claims: | $119,099.87 | Current Monthly Payment: | $3,070.00 |
| Paid to Trustee: | $10,443.76 | Arrearages: | $0.00 |
| Funds on Hand: | $5,660.37 | Total Plan Base: | $175,114.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.