| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 20-12283 / CMG**

David V. Angelo
Lisa M. Laiacona

Petition Filed Date: 02/11/2020
341 Hearing Date: 03/12/2020
Confirmation Date: 09/16/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2024 | $3,070.00 | 95767520 | 02/12/2024 | $3,070.00 | 96285540 | 03/11/2024 | $3,070.00 | 96756040 |
| 04/09/2024 | $3,070.00 | 97269800 | 05/10/2024 | $3,070.00 | 97791800 | 06/13/2024 | $3,070.00 | 98265530 |
| 07/11/2024 | $3,070.00 | 98769490 | 08/09/2024 | $3,070.00 | 99229970 | 09/11/2024 | $3,070.00 | 99732420 |
| 10/11/2024 | $3,070.00 | 10022849 | 11/12/2024 | $3,070.00 | 10067840 | 12/12/2024 | $3,070.00 | 10114399 |

**Total Receipts for the Period: $36,840.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $172,044.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David V. Angelo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Eugene D. Roth<br>»» ATTY DISCLOSURE | Attorney Fees | $2,375.00 | $2,375.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» COMENITY VICTORIA'S SECRET | Unsecured Creditors | $1,390.75 | $648.05 | $742.70 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $8,485.50 | $3,954.01 | $4,531.49 |
| 3 | DISCOVER BANK | Unsecured Creditors | $19,939.41 | $9,291.22 | $10,648.19 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $5,834.98 | $2,718.95 | $3,116.03 |
| 5 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>»» 2016 GMC ACADIA | Unsecured Creditors | $479.01 | $209.29 | $269.72 |
| 6 | TD BANK USA NA | Unsecured Creditors | $2,393.67 | $1,115.39 | $1,278.28 |
| 7 | TD BANK USA NA | Unsecured Creditors | $3,798.20 | $1,769.86 | $2,028.34 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $12,399.63 | $5,777.89 | $6,621.74 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $4,680.19 | $2,180.84 | $2,499.35 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $6,428.82 | $2,995.66 | $3,433.16 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $11,108.50 | $5,176.26 | $5,932.24 |
| 12 | AMERICAN EXPRESS | Unsecured Creditors | $9,856.64 | $4,592.92 | $5,263.72 |
| 13 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $23,811.81 | $11,095.65 | $12,716.16 |
| 14 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,898.21 | $884.51 | $1,013.70 |
| 15 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $3,316.61 | $1,545.45 | $1,771.16 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SEARS | Unsecured Creditors | $2,917.52 | $1,359.48 | $1,558.04 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» OCEAN MED CENTER | Unsecured Creditors | $120.33 | $47.10 | $73.23 |

**Chapter 13 Case No. 20-12283 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 18 | AMERICREDIT FINANCIAL SERVICES<br>»» 2019 GMC ACADIA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 19 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK | Unsecured Creditors | $6,760.21 | $3,150.08 | $3,610.13 |
| 20 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK | Unsecured Creditors | $4,563.81 | $2,126.61 | $2,437.20 |
| 21 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $9,273.76 | $4,321.32 | $4,952.44 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY EXPRESS | Unsecured Creditors | $1,682.75 | $784.11 | $898.64 |
| 23 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY NY & CO | Unsecured Creditors | $1,174.31 | $547.20 | $627.11 |
| 24 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY JCP | Unsecured Creditors | $2,292.42 | $1,068.20 | $1,224.22 |
| 25 | CAVALRY SPV I, LLC<br>»» CITIBANK JUDGMENT DC-013529-19 | Unsecured Creditors | $6,263.38 | $2,918.56 | $3,344.82 |
| 26 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» COMENITY CAP BANK | Unsecured Creditors | $2,338.61 | $1,089.73 | $1,248.88 |
| 27 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY JCP | Unsecured Creditors | $6,863.88 | $3,198.38 | $3,665.50 |
| 28 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $1,460.00 | $680.32 | $779.68 |
| 29 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $214.91 | $97.03 | $117.88 |
| 30 | ALLY BANK LEASE TRUST<br>»» LEASE ASSUMED /2016 JEEP WRANGLER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 31 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» OLD NAVY CARD | Unsecured Creditors | $1,823.94 | $849.91 | $974.03 |
| 32 | CITIBANK, N.A.<br>»» STAPLES PERSONAL CREDIT | Unsecured Creditors | $5,124.61 | $2,387.93 | $2,736.68 |
| 33 | CITIBANK, N.A. | Unsecured Creditors | $20,304.80 | $9,461.48 | $10,843.32 |
| 34 | Department Stores National Bank<br>»» MACY*S | Unsecured Creditors | $4,408.18 | $2,054.09 | $2,354.09 |
| 35 | M&T Bank<br>»» P/14 VENETIAN CT/1ST MTG/ORDER 6/23/20 | Mortgage Arrears | $61,101.31 | $61,101.31 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $172,044.00 | Plan Balance: | $3,070.00 ** |
| Paid to Claims: | $153,573.79 | Current Monthly Payment: | $3,070.00 |
| Paid to Trustee: | $12,826.08 | Arrearages: | $0.00 |
| Funds on Hand: | $5,644.13 | Total Plan Base: | $175,114.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**