| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David V. Angelo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8091<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lisa M. Laiacona<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7832<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   20–12283–CMG | | |

## Order of Discharge       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David V. Angelo                              Lisa M. Laiacona

<u>5/15/25</u>                                         **By the court:** <u>Christine M. Gravelle</u>
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-12283-CMG |
| David V. Angelo | Chapter 13 |
| Lisa M. Laiacona | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: May 15, 2025 | Form ID: 3180W | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David V. Angelo, Lisa M. Laiacona, 14 Venetian Court, Toms River, NJ 08753-6252 |
| 518707741 | | American Express, c/o Anthony J. Migliaccio, Jr. , Esq, 500 North Franklin Turnpike, Marlboro, NJ 07746 |
| 518707748 | | Baron Emergency Physicians, c/o Phoenix Financial Services, LLC, PO Box 361450, Indianapolis, IN 46236-1450 |
| 518707761 | + | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518707764 | | Macys, PO Box 6218, Mason, OH 45040 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 15 2025 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 15 2025 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518728248 | + | EDI: PHINAMERI.COM | May 16 2025 00:51:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 519025920 | + | EDI: PHINAMERI.COM | May 16 2025 00:51:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 518707736 | + | EDI: WFNNB.COM | May 16 2025 00:51:00 | ADS, PO Box 182789, Columbus, OH 43218-2789 |
| 518707738 | + | EDI: WFNNB.COM | May 16 2025 00:51:00 | ADS/Comenity/NY&CO, PO Box 182789, Columbus, OH 43218-2789 |
| 518731194 | | EDI: PHINAMERI.COM | May 16 2025 00:51:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518707743 | | Email/Text: collectors@arresourcesinc.com | May 15 2025 21:07:00 | AR Resources, 1777 Sentry Parkway West, Blue Bell, PA 19422 |
| 518802975 | | EDI: GMACFS.COM | May 16 2025 00:51:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 518707739 | + | EDI: GMACFS.COM | May 16 2025 00:51:00 | Ally Smart Lease, PO Box 8138, Cockeysville, MD 21030-8138 |
| 518707742 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2025 21:10:29 | American Express, Global Collections & Strategy Legal Grp, 200 Vesey Street, Mail Code 01-43-03, New York, NY 10285-1000 |
| 518707740 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2025 21:23:50 | American Express, c/o Anthony J. Migliaccio, Jr. |

Case 20-12283-CMG    Doc 43    Filed 05/17/25    Entered 05/18/25 00:16:25    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: 3180W | Total Noticed: 63 |

| | | | |
|---|---|---|---|
| | | | Esq, 500 North Franklin Turnpike, Ramsey, NJ 07446-1177 |
| 518745133 | Email/PDF: bncnotices@becket-lee.com | May 15 2025 21:23:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518707744 | + EDI: BANKAMER | May 16 2025 00:51:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518721442 | + EDI: BANKAMER2 | May 16 2025 00:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518788756 | + EDI: PRA.COM | May 16 2025 00:51:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518707749 | + EDI: CAPITALONE.COM | May 16 2025 00:51:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518766688 | Email/PDF: bncnotices@becket-lee.com | May 15 2025 21:10:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518785199 | + Email/Text: bankruptcy@cavps.com | May 15 2025 21:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518707750 | ^ MEBN | May 15 2025 21:01:28 | Cavalry SPV, LLC as assignee of Citibank, c/o Apothaker Scian, PC, 520 Fellowship Road, Suite 3063, Mount Laurel, NJ 08054-3407 |
| 518707751 | + EDI: JPMORGANCHASE | May 16 2025 00:51:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518808503 | EDI: CITICORP | May 16 2025 00:51:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518707753 | EDI: WFNNB.COM | May 16 2025 00:51:00 | Comenity -Boscov's, c/o Comenity Capital Bank, PO Box 183003, Suite 200, Columbus, OH 43218-3003 |
| 518707754 | + EDI: WFNNB.COM | May 16 2025 00:51:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 518808508 | EDI: Q3G.COM | May 16 2025 00:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518707755 | + Email/Text: signed.order@pfwattorneys.com | May 15 2025 21:06:00 | Discover, c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518725528 | EDI: DISCOVER | May 16 2025 00:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518707756 | + Email/Text: bankruptcy@onlineis.com | May 15 2025 21:09:00 | Edison Imaging Associates, c/o Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 518707760 | EDI: PHINAMERI.COM | May 16 2025 00:51:00 | GM Financial, PO Box 1617, #3500, Minneapolis, MN 55440-1617 |
| 518707759 | + EDI: SYNC | May 16 2025 00:51:00 | Gap Visa/Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 518793316 | EDI: JEFFERSONCAP.COM | May 16 2025 00:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518758633 | + Email/Text: RASEBN@raslg.com | May 15 2025 21:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518707762 | + EDI: CAPITALONE.COM | May 16 2025 00:51:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518718206 | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 21:23:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518808592 | Email/Text: camanagement@mtb.com | May 15 2025 21:08:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |

| | | | | |
|---|---|---|---|---|
| 518707763 | + | Email/Text: camanagement@mtb.com | May 15 2025 21:08:00 | M&T Bank, PO. Box 619063, Dallas, TX 75261-9063 |
| 518707765 | ^ | MEBN | May 15 2025 21:00:35 | Mercantile, 165 Lawrence Bell Drive, Suite 100, Buffalo, NY 14221-7900 |
| 518707766 | ^ | MEBN | May 15 2025 21:00:36 | Mercantile Adjustment Bureau, 165 Lawrence Bell Dr. Ste 100, Buffalo, NY 14221-7900 |
| 518781805 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 21:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518707769 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 21:08:00 | Midland Credit Management, Inc., PO Box 2121, Warren, MI 48090-2121 |
| 518707770 | + | Email/Text: Bankruptcies@nragroup.com | May 15 2025 21:09:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 518707771 | + | Email/Text: commonwealth@ebn.phinsolutions.com | May 15 2025 21:06:00 | Ocean Medical Center, C/O Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 518799686 | | Email/Text: perituspendrick@peritusservices.com | May 15 2025 21:06:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518771253 | | EDI: PRA.COM | May 16 2025 00:51:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518773879 | | EDI: Q3G.COM | May 16 2025 00:51:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518707774 | + | EDI: SYNC | May 16 2025 00:51:00 | SYNCB/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 518707775 | + | EDI: SYNC | May 16 2025 00:51:00 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 518707776 | + | EDI: SYNC | May 16 2025 00:51:00 | SYNCB/Toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 518707772 | + | EDI: CITICORP | May 16 2025 00:51:00 | Sears / CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 518707773 | + | EDI: CITICORP | May 16 2025 00:51:00 | Staples-/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518709980 | ^ | MEBN | May 15 2025 21:02:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518707777 | | EDI: SYNC | May 16 2025 00:51:00 | Syncrony Bank/JC Penney, PO Box 960090, Orlando, FL 32896-0090 |
| 518738278 | + | Email/Text: bncmail@w-legal.com | May 15 2025 21:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518707779 | + | EDI: WTRRNBANK.COM | May 16 2025 00:51:00 | TD Bank/Target, PO. Box 673, Minneapolis, MN 55440-0673 |
| 518707778 | | EDI: WTRRNBANK.COM | May 16 2025 00:51:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 518707780 | + | EDI: CITICORP | May 16 2025 00:51:00 | The Home Depot/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518707781 | + | EDI: CITICORP | May 16 2025 00:51:00 | Universal Card/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 518707782 | | EDI: WFNNB.COM | May 16 2025 00:51:00 | Victoria's Secret/Comenity, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518707737 | *+ | ADS, PO Box 182789, Columbus, OH 43218-2789 |
| 518745134 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518755868 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518707745 | *+ | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518707746 | *+ | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518707747 | *+ | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518707752 | *+ | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518707758 | * | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 518707767 | * | Mercantile Adjustment Bureau, 165 Lawrence Bell Dr. Ste 100, Buffalo, NY 14221-7900 |
| 518707768 | * | Mercantile Adjustment Bureau, 165 Lawrence Bell Dr. Ste 100, Buffalo, NY 14221-7900 |
| 518707757 | ## | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |

TOTAL: 0 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eugene D. Roth | on behalf of Debtor David V. Angelo erothesq@gmail.com |
| Eugene D. Roth | on behalf of Joint Debtor Lisa M. Laiacona erothesq@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5